No. 90–5304.  CHANDLER *v.* WHITE ET AL.  C. A. 8th Cir. Certiorari denied.

No. 90–5306.  MAYFIELD *v.* UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 90–5307.  MCGANN *v.* BIDERMAN ET AL.  C. A. 2d Cir. Certiorari denied.

No. 90–5310.  HAMMAD ET AL. *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 90–5311.  HAGOOD *v.* VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD.  C. A. 3d Cir. Certiorari denied.

No. 90–5312.  LAWSON *v.* SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 2d Cir.  Certiorari denied.

No. 90–5313.  NABORS *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 90–5314.  MURRAY *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 90–5315.  LEROUX *v.* NORTH CAROLINA.  Sup. Ct. N. C. Certiorari denied.

No. 90–5316.  KELLY *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 90–5318.  MECKLEY *v.* WEST VIRGINIA DEPARTMENT OF CORRECTIONS ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 90–5320.  KONTAKIS *v.* KONTAKIS.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 90–5323.  ARMSTRONG *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 90–5324.  VALDEZ *v.* COLORADO.  Sup. Ct. Colo.  Certiorari denied.